# U.S. District Court
## Northern District of Florida (Panama City)
### CRIMINAL DOCKET FOR CASE #: 5:23-mj-00041-MJF-1

| | |
|---|---|
| Case title: USA v. ADAM | Date Filed: 06/13/2023 |
| | Date Terminated: 09/20/2023 |

Assigned to: MAGISTRATE JUDGE MICHAEL J FRANK

**Defendant (1)**

| | | |
|---|---|---|
| ALI LOUIS ADAM<br>*TERMINATED: 09/20/2023* | represented by | ALI LOUIS ADAM<br>33276-112<br>FEDERAL CORRECTIONAL INSTITUTION<br>PO BOX 1000<br>BUTNER, NC 27509<br>PRO SE<br><br>JOHN LESLIE WILKINS<br>ARNOLD & WILKINS PA - PENSACOLA<br>221 E GOVERNMENT ST<br>PENSACOLA, FL 32502<br>850-429-9757<br>Fax: 850-429-9758<br>Email: jackatlaw@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| SIMPLE ASSAULT WITHIN MARITIME AND TERRITORIAL JURISDICTION<br>(1) | 12 months imprisonment, to run consecutive to the sentence imposed by the United States District Court for the Southern District of Florida in case number 1:07-CR-20577-001; 1 year of supervised release; fine waived; $25 SMA; restitution in the amount of $1,706.23 |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **ANDREW JABUS GROGAN**<br>DOJ-USAO<br>NORTHERN DISTRICT OF FLORIDA<br>111 N ADAMS ST<br>4TH FLOOR<br>TALLAHASSEE, FL 32301<br>Email: andrew.grogan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2023 | 1 | INFORMATION as to ALI LOUIS ADAM (1) count 1. (kgc) (Entered: 06/13/2023) |
| 06/13/2023 | 2 | CRIMINAL COVER SHEET by USA as to ALI LOUIS ADAM (copy to US Marshal)(PDF sealed per Privacy Policy) (kgc) (Entered: 06/13/2023) |
| 06/13/2023 | 3 | NOTICE OF HEARING as to ALI LOUIS ADAM: Initial Appearance & Arraignment set for **6/22/2023 01:45 PM** in U.S. Courthouse Pensacola (Arnow 1 Courtroom) before MAGISTRATE JUDGE MICHAEL J FRANK.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br><u>*s/ Kristin Cowdell*</u><br>Courtroom Deputy Clerk<br>(kgc) (Entered: 06/13/2023) |
| 06/22/2023 | 4 | Minute Entry for proceedings held before MAGISTRATE JUDGE MICHAEL J FRANK: Initial Appearance and Arraignment as to ALI LOUIS ADAM (1) Count 1 held on 6/22/2023. FPD appointed. Defendant consents to magistrate jurisdiction. Plea of guilty as to count 1 entered. Defendant remains detained pending sentencing. Sentencing set for 8/30/23 at 2:15 p.m. (Court Reporter PNS DCR) (kgc) (Entered: 06/26/2023) |
| 06/22/2023 | 5 | CJA 23 Financial Affidavit by ALI LOUIS ADAM (PDF sealed per Privacy Policy) (kgc) (Entered: 06/26/2023) |
| 06/22/2023 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to ALI LOUIS ADAM. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/22/23. (kgc) (Entered: 06/26/2023) |
| 06/22/2023 | 7 | CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE by ALI LOUIS ADAM (kgc) (Entered: 06/26/2023) |
| 06/22/2023 | 8 | CONSENT TO PLEA BEFORE MAGISTRATE JUDGE by USA and ALI LOUIS ADAM (kgc) (Entered: 06/26/2023) |
| 06/22/2023 | 9 | PLEA AGREEMENT as to ALI LOUIS ADAM (kgc) (Entered: 06/26/2023) |
| 06/22/2023 | 10 | Sealed Document (kgc) (Entered: 06/26/2023) |

| | | |
|---|---|---|
| 06/22/2023 | 11 | STATEMENT OF FACTS by USA and ALI LOUIS ADAM filed in support of 9 Plea Agreement (kgc) (Entered: 06/26/2023) |
| 06/22/2023 | 12 | CJA Appointment as to ALI LOUIS ADAM: Appointment of Attorney JOHN LESLIE WILKINS for ALI LOUIS ADAM. The appointment will be created and appear in the eVoucher system. You can access the eVoucher system and materials on the NDFL web site located at www.flnd.uscourts.gov under attorney resources. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/22/23. (kgc) (Entered: 06/26/2023) |
| 06/26/2023 | 13 | NOTICE OF HEARING as to ALI LOUIS ADAM: Sentencing set for **8/30/2023 02:15 PM** in U.S. Courthouse Pensacola (Arnow 1 Courtroom) before MAGISTRATE JUDGE MICHAEL J FRANK.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Kristin Cowdell*<br>Courtroom Deputy Clerk<br>(kgc) (Entered: 06/26/2023) |
| 08/01/2023 | 14 | DRAFT PRESENTENCE INVESTIGATION REPORT as to ALI LOUIS ADAM. E-copies made available to selected parties. Responses to the Draft Report are due by **8/15/2023**. (LL) (Entered: 08/01/2023) |
| 08/23/2023 | 15 | FINAL PRESENTENCE INVESTIGATION REPORT as to ALI LOUIS ADAM. E-copies made available to selected parties. (LL) (Entered: 08/23/2023) |
| 08/29/2023 | 16 | Consent MOTION to Continue *Sentencing* by USA as to ALI LOUIS ADAM. (GROGAN, ANDREW) (Entered: 08/29/2023) |
| 08/29/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 16 Consent MOTION to Continue *Sentencing* filed by Plaintiff USA. Referred to MICHAEL J FRANK. (kgc) (Entered: 08/29/2023) |
| 08/29/2023 | 17 | ORDER granting 16 Motion to Continue Sentencing as to ALI LOUIS ADAM (1). The sentencing hearing is hereby rescheduled for September 21, 2023, at 2:15 p.m.<br><br>*/s/ Michael J. Frank*<br>United States Magistrate Judge, on August 29, 2023. (kgc) (Entered: 08/29/2023) |
| 08/29/2023 | 18 | NOTICE OF CHANGE OF HEARING as to ALI LOUIS ADAM: Sentencing reset for **9/21/2023 02:15 PM** in U.S. Courthouse Pensacola before MAGISTRATE JUDGE MICHAEL J FRANK.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Kristin Cowdell*<br>Courtroom Deputy Clerk<br>(kgc) (Entered: 08/29/2023) |
| 08/29/2023 | 19 | ORDER as to ALI LOUIS ADAM. The sentencing hearing is hereby rescheduled for September 18, 2023, at 1:45 p.m.<br><br>*/s/ Michael J. Frank*<br>United States Magistrate Judge, on August 29, 2023. (kgc) (Entered: 08/29/2023) |
| 08/29/2023 | 20 | NOTICE OF CHANGE OF HEARING as to ALI LOUIS ADAM: Sentencing reset for **9/18/2023 01:45 PM** in U.S. Courthouse Pensacola before MAGISTRATE JUDGE MICHAEL J FRANK. |

| | | *Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Kristin Cowdell*<br>Courtroom Deputy Clerk<br>(kgc) (Entered: 08/29/2023) |
|---|---|---|
| 09/17/2023 | 21 | SENTENCING MEMORANDUM by ALI LOUIS ADAM (WILKINS, JOHN) (Entered: 09/17/2023) |
| 09/18/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 21 Sentencing Memorandum filed by Defendant ALI LOUIS ADAM. (kgc) (Entered: 09/18/2023) |
| 09/18/2023 | 22 | Minute Entry for proceedings held before MAGISTRATE JUDGE MICHAEL J FRANK: Sentencing held on 9/18/2023 for ALI LOUIS ADAM (1), Count 1: 12 months imprisonment, to run consecutive to the sentence imposed by the United States District Court for the Southern District of Florida in case number 1:07-CR-20577-001; 1 year of supervised release; fine waived; $25 SMA; restitution in the amount of $1,706.23. (Court Reporter PNS DCR) (kgc) (Entered: 09/19/2023) |
| 09/20/2023 | 23 | JUDGMENT as to ALI LOUIS ADAM (1), Count 1: 12 months imprisonment, to run consecutive to the sentence imposed by the United States District Court for the Southern District of Florida in case number 1:07-CR-20577-001; 1 year of supervised release; fine waived; $25 SMA; restitution in the amount of $1,706.23. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 9/20/23. (kgc) (Entered: 09/20/2023) |
| 09/20/2023 | 24 | STATEMENT OF REASONS (Sealed) as to ALI LOUIS ADAM. Copies to be distributed to attorney for defendant, USAO, and USPO only. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 9/20/23. (kgc) (Entered: 09/20/2023) |
| 12/04/2023 | 25 | CJA 20 as to ALI LOUIS ADAM: Authorization to Pay Attorney John Wilkins. Voucher # 1129.1614608. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 12/4/2023. (kjw) (Entered: 12/05/2023) |
| 12/04/2023 | 26 | CJA 21 as to ALI LOUIS ADAM: Authorization to Pay D.A. Estes and Associates Inc. Voucher # 1129.1624894. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 12/4/2023. (kjw) (Entered: 12/05/2023) |
| 01/19/2024 | 27 | MOTION to Appoint Counsel by ALI LOUIS ADAM. (kgc) (Entered: 01/22/2024) |
| 01/22/2024 | 28 | ORDER as to ALI LOUIS ADAM re 27 MOTION to Appoint Counsel filed by ALI LOUIS ADAM. Signed by JUDGE T KENT WETHERELL II on 1/22/24. (kgc) (Entered: 01/22/2024) |
| 01/22/2024 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 27 MOTION to Appoint Counsel filed by Defendant ALI LOUIS ADAM, and 28 Order. Referred to MICHAEL J FRANK. (kgc) (Entered: 01/22/2024) |
| 02/01/2024 | 29 | ORDER denying 27 Motion to Appoint Counsel as to ALI LOUIS ADAM (1). Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 2/1/24. (kgc) (Entered: 02/01/2024) |